926

M. P. No. 74-331. HERBERT S. WHITMAN *v.* S. DOUGLAS MOTT *et al.* Petition in equity in the nature of quo warranto is granted. Matter is assigned to March 7, 1975 for oral argument. Briefs for the petitioner shall be filed no later than February 20, 1975, and briefs for the respondent shall be filed no later than March 3, 1975. *Sheffield & Harvey, Ray H. Durfee,* for petitioner. *Corcoran, Peckham & Hayes, William W. Corcoran,* for respondents.

M. P. No. 74-338. JOHN F. GRAY *v.* S. DOUGLAS MOTT *et al.* Petition in equity in the nature of quo warranto is granted. Matter is assigned to March 7, 1975 for oral argument. Briefs for the petitioner shall be filed no later than February 20, 1975, and briefs for the respondent shall be filed no later than March 3, 1975. *Sheffield & Harvey, Ray H. Durfee,* for petitioner. *Corcoran, Peckham & Hayes, William W. Corcoran,* for respondents.

APPEAL No. 73-245. GREATER PROVIDENCE TRUST COMPANY *v.* NATIONWIDE MUTUAL FIRE INSURANCE COMPANY. The circumstances out of which this case arose are the same as those giving rise to *Old Colony Co-operative Bank* v. *Nationwide Mut. Ins. Co.,* 114 R. I. 289, 332 A.2d 434 (1975). The issues in the two are identical, and consequently the decision in the latter case which was handed down today controls in this case. The defendant's appeal is denied and dismissed, the judgment appealed from is affirmed, and the case is remitted to the Superior Court for further proceedings. *Stanley J. Kanter,* for plaintiff. *John G. Carroll, Edward E. Dillon, Jr.,* for defendant.

February 13, 1975.

M. P. No. 74-21. CITY OF CRANSTON *v.* ALFRED CARPIONATO *et al.* Motion of respondent, Rose Montaquila, for a priority hearing is granted. The matter is assigned to the calendar for March 7, 1975 for oral argument. Paolino, J. not participating. *Peter Palombo, Jr.,* City Solicitor, for petitioner. *Tillinghast,*